

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2023

No. 04-22-00179-CV

Rodney **WARRIOR**,
Appellant

v.

Maria Cristina **WARRIOR**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07193
Honorable Monique Diaz, Judge Presiding

# O R D E R

On January 17, 2023, appellee filed a motion to extend time to file appellee's brief. The motion is GRANTED. Appellee's brief is due **no later than March 3, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court